UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DESMOND,<br><br>      Plaintiff,<br><br>  v.<br><br>ROBERT BIRGENEAU,<br><br>      Defendant.<br>_____/ | No. C 08-5372   JL<br><br>**DISMISSAL WITH PREJUDICE** |

On October 13, 2009, Plaintiff's complaint was dismissed with leave to amend on or before thirty days from the date of the Order, or November 13, 2009. He failed to file his amended complaint by the deadline. He telephoned Court staff several times, stating that he was having difficulties filing his amended complaint, but as of November 18, three court days after the deadline, he had still not filed his amended complaint.

Accordingly, his Complaint is hereby dismissed with prejudice. The parties shall bear their own costs. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: November 19, 2009

_____
James Larson
U.S. Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIVIL\08-5372\DISMISSAL.wpd